In Rem: Notice of Default

7406 E. 23rd Avenue
Tampa, Florida
Jon Ross Fields,
    Petitioner,

Against

THE UNITED STATES a.k.a. THE UNITED STATES OF AMERICA
United States Attorney's Office for the Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

    Respondent.

Petition for Order and Judgment of Default

8:19 cv 1805 T 02 JSS

## Notice of Default

One, Jon Ross Fields, the live Man, of flesh and blood, Christian named, and Florida Exempt, petitions for entry of default by the Notary against respondent THE UNITED STATES a.k.a. THE UNITED STATES OF AMERICA, THE United States Attorney's Office for the Middle District of Florida, For respondents failure to rebut or answer Petitioners "Affidavit of Jon Ross Fields", the live Man, of flesh and blood, Christian named, and Florida Exempt, titled " Affidavit of Denial of Corporation Existence of Jon Ross Fields". Respondent has failed to produce a Notarized/Certified Copy of a "Contract / Commercial Agreement, International Maritime Agreement", One entered into knowingly, voluntarily, intentionally, free of fraud, which would give the State of Florida or Federal governments Admiralty or Vice Admiralty jurisdiction to the Courts of either the state or federal governments and does not voluntarily submit to any of these jurisdictions. One, Jon Ross Fields, incorporates his "Affidavit of Denial of Corporation Existence of Jon Ross Fields", (3) three pages as notice to all the world of its force in law brought pursuant to Maritime Claims Rule E (8) [ gold-fringed flag in courtroom signifies admiralty, commercial jurisdiction ], Uniform Commercial Code (UCC) §1-103, UCC §1-308, without prejudice and UCC §3-501, without dishonor.

1

One, Jon Ross Fields, mailed/filed his Instrument/Affidavit on July 8th, 2019, Certified Mail #7018 1130 0000 3011 7698, Return Receipt Requested, which Petitioner Demanded a response/answer to if any man or woman desired so, within five (5) days of receipt. The respondent has instituted no rebuttal or compliance upon One's Instrument/Affidavit and presented no Notarized/Certified Copy of any contract, commercial agreement, International Maritime Agreement, indenture or bankruptcy scheme that I did not enter into knowingly, voluntarily and intentionally: I <u>do not</u> accept the liability of the "compelled benefit" of any unrevealed (surreptitious) contract, commercial agreement or bankruptcy scheme. Therefore the respondent has clearly acquiesced and is in statutory default. This default notice shall evidence that Jon Ross Fields is correct in his analysis of the law and other inquiries contained therein. By this Default Notice, the respondent is estopped from any further action against the Natural Human Person of the Petitioner and is without judicial standing, as no Controversy in law or material fact between the two parties exist. CHECK MATE.

Petitioner  _____Jon Ross Fields_____
            Jon Ross Fields, in sui juris Capacity


## ORDER OF DEFAULT

Default is entered in this action against the Respondent named in the foregoing "Affidavit of Denial of Corporation Existence of Jon Ross Fields", pursuant to Uniform Commercial Code § 3-501, without dishonor, for failure to serve or file any Notarized/Certified paper as required by law.

_____
Notary Public

JULY 22, 2019
Dated On

Seal:

HEIDI MCNEILL
Commission # GG 260158
Expires October 6, 2022
Bonded Thru Budget Notary Services

POWERNET
CREDIT UNION
5619 HARNEY ROAD
TAMPA, FL 33610-7115

2

## CERTIFICATION OF SERVICE

One, Jon Ross Fields, hereby certify that a true and correct copy of the Petition for Order and Judgment of Default Order was served by Certified Mail / Return Receipt Number 7019 0700 0001 8074 3049, by the United States Postal Service on July 22nd, 2019, to the United States Attorney's Office for the Middle District of Florida, at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, via Clerk's Office.

_____
Jon Ross Fields, in sui juris Capacity

cc: Family
　　John Morgan, P.A.
　　My Bishop & Pastor
　　File